**No. 53334.**—Wing On Co. *v.* United States, protest 100041–K (A) (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of mah jong sets and other articles similar to those involved in *Rolls Razor Co.* v. *United States* (6 Cust. Ct. 271, C. D. 480) and Abstract. 51306, the claim at 20 percent under paragraph 1558 was sustained.

**No. 53335.**—The Wing On Co. *v.* United States, protest 100041–K (B) (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of mah jong sets, artificial ivory figures, and other articles similar in all material respects to the synthetic resin articles the subject of Abstracts 51306 and 51959, the claim at 20 percent under paragraph 1558 was sustained.

BEFORE THE SECOND DIVISION, JUNE 23, 1949

**No. 53336.**—Simon Import Corp. *v.* United States, protests 112265–K, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.